AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN            DISTRICT OF            NEW YORK

**APPEARANCE**

In Re: Saltire Industrial, Inc., DEBTOR
v.

Case Number: 1:07-cv-03622-UA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Harry Holt, Beatrice Holt, Sheila Holt-Orsted, Jasmine Orsted, Bonita Holt, O'Brian Holt, Brandon Holt, Patrick Holt, Bianka Bentley, Demetrius Holt, and David Brown (PLAINTIFFS)

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 11, 2007 | *(signature)* |
| Date | Signature |
| | Matthew Colangelo — MC-1746 |
| | Print Name — Bar Number |
| | NAACP Legal Defense & Educational Fund, Inc. |
| | Address |
| | 99 Hudson St., 16th Floor, New York NY 10013 |
| | City — State — Zip Code |
| | (212) 965-2268 — (212) 226-7592 |
| | Phone Number — Fax Number |

## CERTIFICATE OF SERVICE

      I certify that I served, by first-class mail with postage prepaid, a true and correct copy of the foregoing to the attorneys of record for the parties in this action, as listed below.

Michael S. Etkin
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068-1791


Dated: May 11, 2007.

                                            Matthew Colangelo (MC-1746)
                                            NAACP Legal Defense & Educational Fund, Inc.
                                            99 Hudson St., 16th Floor
                                            New York, NY 10013
                                            (212) 965-2268