Theodore M. Shaw, Director-Counsel
Matthew Colangelo (MC-1746)
NAACP Legal Defense & Educational Fund, Inc.
99 Hudson St., 16th Floor
New York, NY 10013
Telephone: (212) 965-2200

Of Counsel:
Lorraine S. McGowen (LM-1644)
Alyssa D. Englund (AE-2300)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, NY 10103-0002
Telephone: (212) 506-5000

Counsel for the Harry Holt Plaintiffs

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x
                                                              :
In re:                                                        :  Chapter 11
                                                              :  Bankruptcy Case No. 04-15389 (BRL)
    SALTIRE INDUSTRIAL, INC.,                             :
                                                              :  District Case No. 07-cv-03622 (AKH)
        Debtor.                                            :
                                                              :
------------------------------------------------------------- x

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 18, 2007, I caused true and correct copies of the following document to be served on the party listed in the below table in the manner indicated:

- Reply in Support of Motion of the Harry Holt Plaintiffs for Withdrawal of Reference Pursuant to 28 U.S.C. § 157(d) and Local Bankruptcy Rule 5011-1 and Change of Venue Pursuant to 28 U.S.C. §§ 1404 and 1412.

| Michael S. Etkin, Esq.<br>Timothy R. Wheeler, Esq.<br>Lowenstein Sandler PC<br>1251 Avenue of the Americas, 18th Fl.<br>New York, NY 10020 | **FIRST CLASS MAIL AND E-MAIL** |
|---|---|

                                                         */s/ Alyssa D. Englund*
                                                          Alyssa D. Englund

OHS East:160227702.1